United States District Court
Southern District of Texas
**ENTERED**
August 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA LOVE, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-00176 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| UNIVERSITY OF SAINT THOMAS, | § | |
| Defendant. | § | |

FINAL JUDGMENT

This case is DISMISSED WITH PREJUDICE for the reasons stated in the opinion and order entered this same day.

This is a FINAL JUDGMENT.

Any pending motion is DENIED AS MOOT.

SO ORDERED.

Signed on August 30, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge