United States Courts
Southern District of Texas
FILED
November 14, 2023
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

Certified as a true copy and issued
as the mandate on Nov 14, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 23, 2023

Lyle W. Cayce
Clerk

No. 22-20498

PAMELA LOVE,

*Plaintiff—Appellant,*

versus

UNIVERSITY OF SAINT THOMAS,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-176

---

Before WIENER, GRAVES, and DOUGLAS, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 14, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20498    Love v. Univ of Saint Thomas
                      USDC No. 4:20-CV-176

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Nancy F. Dolly, Deputy Clerk
                        504-310-7683

cc:    Mr. Michael Carter Crow
        Ms. Jesika Jasmine Silva Blanco
        Mr. Nitin Sud