United States Courts
Southern District of Texas
FILED
January 30, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

No. 24-20008

A True Copy
Certified order issued Jan 30, 2024

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Pamela Love,

*Plaintiff—Appellant,*

*versus*

University of Saint Thomas,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-176

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of January 30, 2024, for want of prosecution. The Appellant failed to timely pay the court of appeals filing and docketing fee.

No. 24-20008

                    LYLE W. CAYCE
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

                    */s/ Dantrell Johnson*

By: _____
       Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 30, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 24-20008    Love v. Univ of Saint Thomas
                            USDC No. 4:20-CV-176

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

cc w/encl:
    Mr. Michael Carter Crow
    Mr. Nitin Sud